UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- x
HOPE CHECKLEY,

           Plaintiff,

    - against -

INTEREXCHANGE, INC. and CHRISTINE
LA MONICA-LUNN,

           Defendants.
---------------------------------------- x

Case No. 15-cv-5827 (NRB)

STIPULATION AND ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/06/2016

IT IS HEREBY STIPULATED, AGREED AND ORDERED, that the time for defendants InterExchange Inc. and Christine La Monica-Lunn ("Defendants") to answer, move against, or otherwise respond to the Amended Complaint shall be extended to and including May 31, 2016 (This is the first stipulation to extend the time for Defendants to answer, move against, or otherwise respond to the Amended Complaint.)

Dated: New York, New York
      May 4, 2016

SERRINS FISHER

_____
Liane Fisher, Esq.
Corey Stein, Esq.
233 Broadway, Suite 2340
New York, NY 10279
(212) 943-9080
*Attorneys for Plaintiff*

DAVIS WRIGHT TREMAINE LLP

_____
Laura Sack, Esq.
Michael J. Goettig, Esq.
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
(212) 489-8230
*Attorneys for Defendants*

So Ordered.  _____
               Hon. Naomi Reice Buchwald
               5/5/16