USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/1/16

Buchwald, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HOPE CHECKLEY,

        Plaintiff,

-against-

INTEREXCHANGE, INC., and CHRISTINE LA MONICA-LUNN,

        Defendant

Case No. 15-cv-5827(NRB)

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the above-entitled action shall be and hereby is dismissed, with prejudice, pursuant to Fed. R. Civ. P 41(a)(1), each party to bear their own costs.

Dated: New York, New York
July ], 2016

SERRINS FISHER LLP

By: _____
    Liane Fisher

233 Broadway, Suite 2340
New York, New York 10279
(212) 571-0700
*Attorneys for Plaintiff*

Dated: New York, New York
July 11, 2016

DAVIS WRIGHT TREMAINE LLP

By: *Laura Sack*
    Laura Sack

1251 Avenue of the Americas, 21st Floor
New York, NY 10020
(212) 489-8230
*Attorneys for Defendants*

SO ORDERED: _____
U.S.D.J.
8/1/16

DWT 29731697v5 0195302-000001